NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**E-SYSTEM DESIGN, INC., A DELAWARE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**MENTOR GRAPHICS CORPORATION, AN OREGON CORPORATION,**
*Defendant-Appellee*

---

2019-1589

---

Appeal from the United States District Court for the Eastern District of Texas in No. 4:17-cv-00682-ALM, Judge Amos L. Mazzant, III.

---

## JUDGMENT

---

LEELLE BRUEREA SLIFER, Burns Charest LLP, Dallas, TX, argued for plaintiff-appellant.  Also represented by CORTNEY ALEXANDER, Kent & Risley LLC, Alpharetta, GA.

JOHN D. VANDENBERG, Klarquist Sparkman, LLP, Portland, OR, argued for defendant-appellee.  Also represented by SARAH ELISABETH JELSEMA, SALUMEH R. LOESCH,

MARK WELLS WILSON; FRANK C. CIMINO, JR., MEGAN S. WOODWORTH, Venable LLP, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, PLAGER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2020                    /s/ Peter R. Marksteiner
    Date                        Peter R. Marksteiner
                                Clerk of Court